# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2863

_____

United States of America

*Plaintiff - Appellee*

v.

Ruben Cazares

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: April 12, 2024
Filed: May 30, 2024
[Unpublished]

_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

After Ruben Cazares pleaded guilty to conspiring to distribute methamphetamine, the district court[1] sentenced him to 10 years in prison. *See* 21

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

U.S.C. §§ 841(a)(1), 846.  He argues that he did not deserve a two-level "organizer, leader, manager, or supervisor" role enhancement.  U.S.S.G. § 3B1.1(c).

There was no error, procedural or otherwise, because the evidence established that Cazares supervised at least one other person.  *See United States v. Werkmeister*, 62 F.4th 465, 468 (8th Cir. 2023) (reviewing for clear error).  For one thing, he told a co-conspirator how much methamphetamine to give a buyer.  *See id.* at 470 (noting that "direct[ing] the criminal activities of another conspirator on one occasion" is enough for the enhancement); *see also United States v. Gamboa*, 701 F.3d 265, 267 (8th Cir. 2012).  For another, cellphone records showed that he was a "key link" between drug suppliers and local distributors.  *United States v. Reyes-Ramirez*, 916 F.3d 1146, 1148 (8th Cir. 2019) (citation omitted).  He played a supervisory or managerial role, in other words, so we affirm the judgment of the district court.

_____